EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                          Chapter 7 No. 16-41988

Karen Ann Gibson                                                Hon. Thomas J. Tucker

                              Debtor

19766 Kemp St
Clinton Township, MI 48035-3481

_____/

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

      CitiMortgage, Inc. as successor in interest by merger to ABN AMRO Mortgage Group, Inc. has filed papers with the court to seek relief from the automatic stay.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

      If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

      1. File with the court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 211 W Fort St, Detroit, MI 48226.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      You must also mail a copy to:

Crystal Price-Buckley (P69921), 31440 Northwestern Hwy Ste. 200, Farmington Hills, MI 48334-5422, 248.642.2515

Homer W. McClarty, 19785 W 12 Mile Rd # 331, Southfield, MI 48076-2584

Paul J. Randel, 211 West Fort Street, Ste 700, Detroit, MI 48226

      2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

                                                          Respectfully Submitted,
                                                          Trott Law, P.C.

Dated: March 15, 2016

                                                          /S/ Crystal Price-Buckley (P69921)
                                                          /S/ Amy Kalasho (P73140)
                                                          <u>/S/ Shawn C. Drummond (P58471)</u>
                                                          Attorney for CitiMortgage, Inc. as successor in
                                                          interest by merger to ABN AMRO Mortgage Group,
                                                          Inc.
                                                          31440 Northwestern Hwy Ste. 200
                                                          Farmington Hills, MI 48334-5422

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Email: EasternECF@trottlaw.com

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HWY
STE. 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628