**EXHIBIT 4**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
Karen Ann Gibson

Chapter 7 No.16-41988  
Hon. Thomas J. Tucker

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of CitiMortgage, Inc. as successor in interest by merger to ABN AMRO Mortgage Group, Inc.'s MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and Notice of Motion and Opportunity for Hearing were served upon the following parties, either electronically or by depositing said copies on March 15, 2016 in the U.S. mail, postage prepaid, properly addressed as follows:

Karen Ann Gibson  
19634 Hamburg St  
Detroit, MI 48205-1687

Karen Ann Gibson  
19766 Kemp St  
Clinton Township, MI 48035-3481

Robert W. Lee  
Law Office of Robert W. Lee  
25550 N River Rd  
Harrison Township, MI 48045-1532

Homer W. McClarty  
19785 W 12 Mile Rd # 331  
Southfield, MI 48076-2584

Paul J. Randel  
211 West Fort Street, Ste 700  
Detroit, MI 48226

/S/ Derron Murray  
Legal Assistant  
Trott Law, P.C.  
Attorney for CitiMortgage, Inc. as successor in interest by merger to ABN AMRO Mortgage Group, Inc.  
31440 Northwestern Hwy Ste. 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT LAW, P.C.  
31440 NORTHWESTERN HWY  
STE. 200  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628